HARRY BRUSTEIN, as President, and SAMUEL FREEMAN, as Secretary-Treasurer of District Council No. 18, a Voluntary Unincorporated Association Having Seven or More Members and Affiliated with the Brotherhood of Painters, Decorators and Paperhangers of America, an Indiana Corporation, Affiliated with the American Federation of Labor, and Others, Respondents, v. JOSEPH RIVLIN, as President, HYMAN TENDLER, as Secretary, and BENJAMIN BASS, as Treasurer, of Local Union No. 860, a Voluntary Unincorporated Association Having Seven or More Members and Affiliated with District Council No. 18 of the Brotherhood of Painters, Decorators and Paperhangers of America, an Indiana Corporation, Affiliated with the American Federation of Labor, and JACOB WELLNER, Appellants.— Action for an injunction. Order restraining, *pendente lite*, appellant Wellner from acting, and the other appellants from permitting him to act, as business agent of Local No. 860, etc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.